CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM JANUARY 12, 1916, TO JUNE 12, 1916.

No. 173. CARRIE H. COLLINS ET AL., PLAINTIFFS IN ERROR, *v.* RUFUS PHILIPS ET AL., TRUSTEES, ETC., ET AL. In error to the Supreme Court of the State of Pennsyl-

vania. January 12, 1916. Dismissed with costs, pursuant to the tenth rule. *Mr. Charles K. Robinson* and *Mr. James W. Collins* for the plaintiffs in error. *Mr. William J. Kyle* and *Mr. John C. Bane* for the defendants in error.

